LETIZIA QUACQUARELLO, Respondent, v. CHARLES REMSEN, Appellant.—

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.